```
SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli, SBN 131192
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
Email: DomenicS@SDNLaw.com

Attorneys for Defendants,
**DAN BEUKELMAN, Assistant Vice Principal
of Sierra High School, and GREG LELAND,
Vice Principal of Sierra High School**
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V., through next friend and mother HEATHER VICTOR,<br><br>Plaintiffs,<br><br>vs.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, VICE PRINCIPAL OF SIERRA HIGH SCHOOL,<br><br>Defendants. | Case No. 2:15-CV-02163-JAM-CKD<br><br>**DEFENDANTS DAN BEUKELMAN'S, ASSISTANT VICE PRINCIPAL OF SIERRA HIGH SCHOOL, AND GREG LELAND'S, VICE PRINCIPAL OF SIERRA HIGH SCHOOL, ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendants DAN BEUKELMAN, Assistant Vice Principal of Sierra High School, and GREG LELAND, Vice Principal of Sierra High School, hereby submit the following answer to Plaintiff's Complaint.

## I.

## RESPONSE TO INTRODUCTION

1. Answering Paragraph 1 of Plaintiff's Complaint, Defendants admit Plaintiff is a 16-year-old student at Sierra High School, of which Dan Beukelman is the Assistant Principal and of which Greg Leland is a Vice Principal. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2. Answering Paragraph 2 of Plaintiff's Complaint, Defendants admit T.V. identifies as a lesbian. Defendants dispute and deny Plaintiff's characterization of the issues in this case. Defendants are without sufficient knowledge or information to form a belief as to the Plaintiff's intent and motivations in wearing the subject shirt and on that basis deny the last sentence of Paragraph 2 at page 2, lines 10-13.

3. Answering Paragraph 3 of Plaintiff's Complaint, Defendants admit T.V. is prohibited from wearing the subject shirt to school and that the shirt is disruptive to the education process. Defendants deny they do not have a reasonable basis for the contention. Defendants do not contend the subject shirt is "an open invitation to sex" or "gang-related. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4. Answering Paragraph 4 of Plaintiff's Complaint, Defendants deny.

## II.

## RESPONSE TO JURISDICTION AND VENUE

5. Answering Paragraph 5 of Plaintiff's Complaint, Defendants admit Plaintiff alleges causes of action under each of the sources of law articulated in this paragraph. Defendants deny these sections are applicable to jurisdiction or venue and deny any violations of the alleged sections.

6. Answering Paragraph 6 of Plaintiff's Complaint, Defendants admit jurisdiction is proper.

7. Answering Paragraph 7 of Plaintiff's Complaint, Defendants admit venue is proper.

## III.

## PARTIES

8. Answering Paragraph 8 of Plaintiff's Complaint, Defendants admit.

9. Answering Paragraph 9 of Plaintiff's Complaint, Defendants admit Mr. Leland is a Vice Principal of Sierra High School and has authority to discipline students within guidelines of Manteca Unified School District and Sierra High School's policies. Deny Mr. Leland's authority is "at his discretion" or otherwise independent of said policies. Admit Sierra High School in within

the Manteca Unified School District.

10. Answering Paragraph 10 of Plaintiff's Complaint, Defendants admit Mr. Beukelman is the Assistant Principal of Sierra High School and has authority to discipline students within guidelines of Manteca Unified School District and Sierra High School's policies. Deny Mr. Beukelman's authority is "at his discretion" or otherwise independent of said policies. Admit Sierra High School in within the Manteca Unified School District.

11. Answering Paragraph 10 of Plaintiff's Complaint, Defendants admit they were acting under color of law, but deny they violated Plaintiff's right or any law.

## IV.

## RESPONSE TO STATEMENT OF FACTS

12. Answering Paragraph 12 of Plaintiff's Complaint, Defendants admit Plaintiff wore the subject shirt to school. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

13. Answering Paragraph 13 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein as phrased.

14. Answering Paragraph 14 of Plaintiff's Complaint, Defendants deny plaintiff "met with" Mr. Leland and that he instructed plaintiff to change her shirt solely on the ground she was not allowed to display her sexuality on clothing. Admit Plaintiff declined to change her shirt and went home. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

15. Answering Paragraph 15 of Plaintiff's Complaint, Defendants admit Plaintiff met with Mr. Leland on August 11, 2015, that Mr. Leland said the subject shirt violated dress code and was disruptive, and that Mr. Leland took Plaintiff to meet with Mr. Beukelman. Deny Mr. Leland "responded to T.V. that[,] regardless of the dress code, she was not allowed to display her 'personal choices and beliefs' on a shirt, that Mr. Leland said the shirt could be "gang related," and that Mr.

Leland said a rule against expressing "sexuality" on a shirt needed to be added to the dress code. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

16. Answering Paragraph 16 of Plaintiff's Complaint, Defendants admit Mr. Beukelman told Plaintiff the subject shirt violated dress code. Defendants deny Mr. Beukelman said the subject shirt was "an open invitation to sex." As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17. Answering Paragraph 17 of Plaintiff's Complaint, Defendants deny Mr. Beukelman approached Plaintiff on August 12, 2015. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

18. Answering Paragraph 18 of Plaintiff's Complaint, Defendants admit a meeting between Plaintiff, her father, Mr. Leland, Mr. Beukelman, and Mr. Hammarstrom occurred on August 13, 2015, and admit Defendants confirmed Plaintiff was not allowed to wear the subject shirt to school because it violated the dress code and that Principal Clark agreed with the decision. Deny discussing the subject shirt was the sole purpose of the meeting. Defendants deny T.V. was "censored."

19. Answering Paragraph 19 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

20. Answering Paragraph 20 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

21. Answering Paragraph 21 of Plaintiff's Complaint, Defendants admit being a lesbian does not constitute membership in a gang, is not "gang related," and that the Fair Accurate Inclusive and Respectful Education act requires public schools to teach in social science classes about "the early history of California and a study of the role and contributions of both men and

women, Native Americans, African Americans, Mexican Americans, Asian Americans, Pacific Islanders, European Americans, lesbian, gay, bisexual, and transgender Americans, persons with disabilities, and members of other ethnic and cultural groups, to the economic, political, and social development of California and the United States of America, with particular emphasis on portraying the role of these groups in contemporary society." (Ed. Code, § 51204.5.) As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

22. Answering Paragraph 22 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

23. Answering Paragraph 23 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

24. Answering Paragraph 24 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

## V.

## RESPONSE TO FIRST CLAIM FOR RELIEF

**Violation of First Amendment, as applied to the states under the Fourteenth Amendment**

**(Against All Defendants 42 U.S.C. § 1983)**

25. Answering Paragraph 25 of Plaintiff's Complaint, Defendants hereby incorporates their answer to paragraphs 1 through 24 as though fully stated herein.

26. Answering Paragraph 26 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

27. Answering Paragraph 27 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

28. Answering Paragraph 28 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

29. Answering Paragraph 29 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

# VI.

## RESPONSE TO SECOND CLAIM FOR RELIEF

### Violation of Article I, Section 2(a) of California State Constitution

### (Against All Defendants)

30. Answering Paragraph 30 of Plaintiff's Complaint, Defendants hereby incorporate their answer to paragraphs 1 through 29 as though fully stated herein.

31. Answering Paragraph 31 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

32. Answering Paragraph 32 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

# VII.

## RESPONSE TO THIRD CLAIM FOR RELIEF

### Violation of Section 48907 of California Education Code

### (Against All Defendants)

33. Answering Paragraph 33 of Plaintiff's Complaint, Defendants hereby incorporate their answer to paragraphs 1 through 32 as though fully stated herein.

34. Answering Paragraph 34 of Plaintiff's Complaint, Defendants admit Education Code section 48907 includes the language quoted in the Complaint. Defendants deny they deprived or are continuing to deprive Plaintiff of any right secured to her by the Education Code.

35. Answering Paragraph 35 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

36. Answering Paragraph 36 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

///

///

///

///

///

# VIII.

# RESPONSE TO FOURTH CLAIM FOR RELIEF

# (ERRONEOUSLY PLED AS FIFTH CLAIM FOR RELIEF)

## Violation of section 48950 of California Education Code

### (Against All Defendants)

37. Answering Paragraph 37 of Plaintiff's Complaint, Defendants hereby incorporate their answer to paragraphs 1 through 36 as though fully stated herein.

38. Answering Paragraph 38 of Plaintiff's Complaint, Defendants admit Education Code section 48950 includes the language quoted in the Complaint. Defendants deny they deprived or are continuing to deprive Plaintiff of any right secured to her by the Education Code.

39. Answering Paragraph 38 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

40. Answering Paragraph 40 of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

# IX.

# RESPONSE TO PRAYER FOR RELIEF

41. Answering Paragraph 41 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

42. Answering Paragraph 42 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

43. Answering Paragraph 43 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

44. Answering Paragraph 44 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

45. Answering Paragraph 45 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

46. Answering Paragraph 46 of Plaintiff's Complaint, Defendants deny Plaintiff is

entitled to the relief claimed therein.

47. Answering Paragraph 47 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

48. Answering Paragraph 48 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

49. Answering Paragraph 49 of Plaintiff's Complaint, Defendants deny Plaintiff is entitled to the relief claimed therein.

## X.

## AFFIRMATIVE DEFENSES

50. AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege Plaintiff failed to exhaust the necessary administrative remedies prior to instituting this lawsuit and as such the Court lacks jurisdiction over those claims.

51. AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege the Complaint is barred because at all times relevant Defendants acted reasonably, in good faith, and without malice based on all relevant facts and circumstances known by Defendants at the time they acted.

52. AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFFS' COMPLAINT, these answering Defendants allege that if Plaintiff suffered any damages, such damages were proximately or legally caused by the misconduct, neglect and fault of Plaintiff and/or parties other than Defendants.

53. AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege the Complaint, and each claim set forth therein, is barred, in whole or in part, by the applicable statutes of limitations, including but not limited to California Code of Civil Procedure § 335.1 through 343.

54. AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege they are immune from the allegations contained within the Plaintiff's Complaint and the causes of action therein, based upon

the discretionary immunity contained within the California Government Code, including, but not limited to, § 820.2.

55. AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege neither the Complaint nor the alleged Causes of Action therein state facts sufficient to constitute a Cause of Action against these answering Defendants.

56. AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege Plaintiff failed to mitigate her alleged damages, if any were sustained, as required by law.

57. AS AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege they are immune from the allegations contained within the Plaintiff's Complaint, and the Causes of Action therein, based upon qualified good faith immunity available under both federal and state law.

58. AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege the Complaint fails to state sufficient facts upon which to base a claim for any injunctive or declaratory relief.

59. AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege Plaintiff's claims are barred, in whole or part, because Defendants did not deprive Plaintiff of any right or privilege guaranteed by any federal or state constitution or law.

60. AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege Plaintiff failed to state a cause of action for attorney's fees.

61. AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege their conduct was privileged.

62. AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege they were acting in loco parentis.

63. AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege they conduct complied with their obligations under California Education Code sections 44807, 44808, and 48908.

64. AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege that Plaintiff's T-Shirt violated Manteca Unified School District's and Sierra High School's dress codes.

65. AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege that Plaintiff was not disciplined.

66. AS A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, these answering Defendants allege they have insufficient knowledge or information upon which to form a belief as to whether they have additional, yet unstated affirmative defenses available. Defendants reserve their right to assert additional affirmative defenses in the event the discovery or other proceedings indicate they would be appropriate.

## XI.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial as to all claims for which trial by jury is proper.

## XII.

## PRAYER

**WHEREFORE,** these answering Defendants pray that Plaintiff takes nothing by reason of her Complaint and that judgment be rendered in favor of Defendants, that Defendants be awarded the costs of the suit incurred in defense of this action, and for such other relief as the Court deems proper.

DATED: November 10, 2015                          **SPINELLI, DONALD & NOTT**

By: ____/s/ Domenic D. Spinelli____
DOMENIC D. SPINELLI
Attorneys for Defendants,
**DAN BEUKELMAN, Assistant Vice Principal of Sierra High School, and GREG LELAND, Vice Principal of Sierra High School**