Christine P. Sun (SBN 218701)
Linnea L. Nelson (SBN 278960)
Julia Harumi Mass (SBN 189649)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621 2493
Fax:  (415) 255 1478
Email: csun@aclunc.org
       lnelson@aclunc.org
       jmass@aclunc.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| T.V., through her next friend and mother HEATHER VICTOR,<br><br>Plaintiff,<br><br>v.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, Vice-Principal of Sierra High School,<br><br>Defendants. | Case No.: 2:15-cv-02163-JAM-CDK<br><br>**DECLARATION OF PLAINTIFF T.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 26, 2016<br>Time:         1:30 p.m.<br>Courtroom:    6<br>Judge:        John A. Mendez |

1.  I, T. V., am the Plaintiff in the above captioned matter and make this Declaration in support of Plaintiff's motion for a preliminary injunction. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

2.  I am a student at Sierra High School in Manteca, California. I openly identify as a lesbian and wish to wear my t-shirt that states, "Nobody knows that I'm a lesbian" to school. (Ex. 1.) By wearing the shirt, I am expressing my sexual orientation, and my views and beliefs on LGBT sexual orientation and equal rights. By wearing my shirt, I want to express something about myself that I did not choose—that is, my sexual orientation—in the same way that other students express essential things

about themselves.

    3.    On August 10, 2015, I proudly wore my "Nobody knows I'm a lesbian" shirt to school. No student said anything negative to me about my t-shirt. In fact, I am openly gay at school and attend my school's Gay-Straight Alliance (GSA) club. No other students have directed anti-gay slurs towards me or threatened me because of my sexual orientation. The only reaction I received to my shirt from other students was to compliment me on my shirt.

    4.    At the beginning of my third period class, my teacher saw my shirt and sent me to see Vice Principal Greg Leland without explaining why. I went to meet with Defendant Leland and he told me to change my shirt because I could not display my "sexuality" on my clothing. I was very upset by his reaction because I felt I was being singled out since other students are allowed to express their beliefs and their identities on t-shirts, but not me. I decided not to change my shirt and with my parents' permission, I went home for the rest of the day. I missed the rest of my classes for the day.

    5.    The next day, I asked Leland to meet with me to talk about why I could not wear my shirt. I explained to Leland that there was no rule in the school district dress code prohibiting me from wearing my "Nobody knows I'm a lesbian" shirt. Leland said that regardless of the dress code, I could not wear my "personal choices and beliefs" on a shirt. He then said that my shirt violated the dress code because it was "disruptive" and then said under his breath that it could be "gang related." I explained that there was no rule in the dress code prohibiting the expression of "sexual orientation" on a shirt. Defendant Leland said that it needed to be added. He then took me to meet with Assistant Principal Dan Beukelman.

    6.    When I met with Defendant Beukelman, he told me that my shirt violated the school's dress code because it was "promoting sex" and "an open invitation to sex." He told me that I could not wear my shirt at Sierra High School even though other schools in the district could allow me to wear it.

    7.    On August 13, my father and I had a meeting at the school with Leland and Beukelman and my third period teacher to talk about whether I would be able to wear my shirt. Beukelman told me again that my shirt violated the dress code. I was not wearing my shirt that day. This time, he explained that my shirt "promoted sexuality." I explained that sex and sexual orientation had different meanings but Beukelman told me I was wrong. He said that sexuality and sexual orientation fell under the category of sex.

**DECLARATION OF PLAINTIFF T.V.**

8. Also during the meeting, Leland and Beukelman said that I still could not wear my "Nobody knows I'm a lesbian" shirt at school because it violated the dress code. Leland also said that he told Principal Clark about prohibiting me from wearing my shirt and that the principal agreed with the decision.

9. I have seen other students wear clothing at school that expresses their religious beliefs and their support for sports teams. I have even seen students wearing shirts advertising products, like Captain Morgan's Rum.

10. I would like to wear my t-shirt to school, and would do so tomorrow if not for Vice Principal Leland's and Assistant Principal Beukelman's censorship. However, I haven't done so because I fear that I will be punished for violating the school or district dress code or for "willful defiance." Both the Sierra High School and Manteca Unified School student handbook list willful defiance as grounds for suspension or expulsion.

I declare under penalty of perjury of the laws of the State of California and in the United States that the foregoing is true and correct. Executed this 19 day of November, 2015 in Lathrop, California.

_____
T.V.