Christine P. Sun (SBN 218701)
Linnea L. Nelson (SBN 278960)
Julia Harumi Mass (SBN 189649)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621 2493
Fax:   (415) 255 1478
Email: csun@aclunc.org
       lnelson@aclunc.org
       jmass@aclunc.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| T.V., through her next friend and mother HEATHER VICTOR,<br><br>Plaintiff,<br><br>v.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, Vice-Principal of Sierra High School,<br><br>Defendants. | Case No.: 2:15-cv-02163-JAM-CDK<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 26, 2016<br>Time:         1:30 p.m.<br>Courtroom:    6<br>Judge:        John A. Mendez |

1
**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
**Case No.: 2:15-cv-02163-JAM-CDK**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff T.V., through her next friend and mother Heather Victor, hereby respectfully submits the following supplemental authority, a copy of which is attached, in support of her motion for a preliminary injunction (Doc. 8).

<u>Young v. Giles County Bd. Of Educ.,</u> Case No. 1:15-cv-00107 (M.D. Tenn. Dec. 22, 2015)

On December 22, 2015, the Middle District of Tennessee issued a preliminary injunction enjoining a school district from censoring student speech expressing support for the respect, equal treatment, and acceptance of LGBT people, including a t-shirt stating, "Some People Are Gay, Get Over It." A copy of the Court's Memorandum and Order are attached hereto as Exhibit A. Notably, the Court held that Plaintiff's t-shirt constituted expression on a "topic of undeniable political importance," Mem., p. 4, and that "[s]tudent expression on LGBT issues is speech on a purely political topic, which falls clearly within the ambit of the First Amendment." *Id.* at p. 5 (citing inter alia, *Gillman ex rel. Gillman v. Sch. Bd. for Holmes County, Florida*, 567 F. Supp. 2d 1359, 1374–75 (N.D. Fla. 2008)). Indeed, the Court remarked, "The legal ground covering such issues is so well-trod that the Court finds itself surprised at the need to journey down this path." *Id.* at p. 4.

DATED: December 23, 2015

Respectfully Submitted,

By: _____/s/_____
      Christine P. Sun

Christine P. Sun (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
*Attorneys for Plaintiff*