SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli, SBN 131192
Alison W. Winter, SBN 251084
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
Email: domenics@SDNLaw.com
       alisonw@SDNLaw.com

Attorneys for Defendants,
Dan Beukelman and Greg Leland

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
Christine P. Sun (SBN 218701)
Linnea L. Nelson (SBN 278960)
Julia Harumi Mass (SBN 189649)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
Email: csun@aclunc.org
       lnelson@aclunc.org
       jmass@aclunc.org

Attorneys for Plaintiff,
T.V., through her next friend and mother,
Heather Victor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.V., through next friend and mother HEATHER VICTOR,<br><br>Plaintiff,<br><br>vs.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, VICE PRINCIPAL OF SIERRA HIGH SCHOOL, | NO. 2:15-cv-02163-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

<u>STIPULATION</u>

Pursuant to Civil Local Rules, and Federal Rules of Civil Procedure, Plaintiff, through her

attorneys of record, and Defendants, through their attorneys of record, hereby stipulate to a continuance of the hearing on Plaintiff's Motion for Preliminary Injunction as follows:

1.   On November 20, 2015, Plaintiff filed her Motion for Preliminary Injunction and supporting documents. The hearing on the Motion is scheduled for January 26, 2016 at 1:30 pm in Courtroom 6.

2.   The parties have met and conferred and agree to continue the hearing date to February 9, 2016 at 1:30 pm in Courtroom 6, in order to accommodate Defendants' schedules, specifically with respect to depositions that will occur in anticipation of the preliminary injunction hearing. The deadlines to file Defendants' Opposition and Plaintiff's Reply will stem from the February 9 date.

**IT IS SO STIPULATED.**

Dated:  January 7, 2016          **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.**

By:      /s/ Linnea Nelson
         CHRISTINE P. SUN
         LINNEA L. NELSON
         JULIA HARUMI MASS
         Attorneys for Plaintiff,
         **T.V., through her next friend and mother HEATHER VICTOR**

Dated:  January 7, 2016          **SPINELLI, DONALD & NOTT**

By:      /s/ Domenic D. Spinelli
         DOMENIC D. SPINELLI
         ALISON W. WINTER
         Attorneys for Defendants,
         **DAN BEUKELMAN and GREG LELAND**

**<u>ORDER</u>**

Based on the stipulation of the parties, the request to continue the hearing on Plaintiff's Motion for Preliminary Injunction is GRANTED and the hearing date is continued to February 9, 2016 at 1:30 pm in Courtroom 6 of this Court.

The deadlines for filing Defendants' Opposition and Plaintiff's Reply documents will be calendared based on the February 9, 2016 hearing date.

DATED: 1/7/2016

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE