1 **SPINELLI, DONALD & NOTT**
A Professional Corporation
2 Domenic D. Spinelli, SBN 131192
815 S Street, Second Floor
3 Sacramento, CA 95811
Telephone: (916) 448-7888
4 Facsimile: (916) 448-6888
Email: DomenicS@SDNLaw.com

5

Attorneys for Defendants,
6 **DAN BEUKELMAN, Assistant Principal**
**of Sierra High School, and GREG LELAND,**
7 **Vice Principal of Sierra High School**

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 T.V., through next friend and mother<br>HEATHER VICTOR, | Case No. 2:15-CV-02163-JAM-CKD |
| 13 | **DECLARATION OF DAN BEUKELMAN** |
| Plaintiffs, | **IN SUPPORT OF DEFENDANTS'** |
| 14 | **OPPOSITION TO PLAINTIFF'S** |
| vs. | **MOTION FOR PRELIMINARY** |
| 15 | **INJUNCTION** |
| DAN BEUKELMAN, Assistant Principal of | |
| 16 Sierra High School; GREG LELAND, VICE | Hearing Date: February 22, 2016 |
| PRINCIPAL OF SIERRA HIGH SCHOOL, | Time:        1:30 pm |
| 17 | Courtroom:   6 |
| Defendants. | Judge:       John A. Mendez |
| 18 | |
| 19 | |

20        I, Dan Beukelman, declare as follows:

21        1.        I am the Assistant Principal of Sierra High School in the Manteca Unified School

22 District. I have been so employed for five years. Prior to Assistant Principal, I was the Vice

23 Principal for 4 years. I began my career as a teacher in 2000. I have personal knowledge of the

24 matters contained herein and, if called to do so, could and would testify to the facts set forth below.

25        2.        On August 11, 2015, I spoke with T.V. about her t-shirt, which stated "Nobody

26 knows I'm a lesbian." I told her that the t-shirt was not appropriate for school. We discussed what

27 the shirt could "imply" sexually. I told T.V. that the dress code would be, and has been, similarly

28 enforced against students who wore t-shirts indicating that they were heterosexual.

1

3.     On August 13, I met with Mr. Leland, Mr. Hammarstrom, T.V., and her father to discuss a change of schedule so that T.V. would no longer be in one of Mr. Hammarstrom's classes. During that meeting, T.V. told us that she felt uncomfortable because other students had discussed religion and homosexuality in front of her. This was never brought to my attention before this point.

4.     Also during the August 13 meeting, both T.V. and her father indicated how much they liked Mr. Hammarstrom; T.V. stated he was her favorite teacher. She told us she had worn the t-shirt to see how Mr. Hammarstrom would react, but would not wear her t-shirt anymore because she respected Mr. Hammarstrom and did not want to upset him. She agreed to stay enrolled in both of Mr. Hammarstrom's classes at that point.

5.     On August 24, 2015, I asked Mr. Leland to contact T.V. regarding an incident in Mr. Hammarstrom's class where a student, "Emily," had made comments about religion; this was the same student who had made comments about religion and sexuality earlier in the month. T.V. approached me in the morning and told me she wanted to speak to me or Mr. Leland about her Music Theory class and the fact that the comments were continuing. Both because I was heading to a meeting and did not have time to immediately address her concerns, and because Mr. Leland had previously discussed "Emily" with T.V., I asked him to send for her to conduct this discussion.

6.     We do not change student schedules simply because a student requests as much. In this situation, we agreed to T.V.'s requested change due to the ongoing discomfort she felt based on comments from "Emily," which did not start until T.V. wore her shirt. As a result, T.V. was removed from her second period class, per her request and with her approval.

7.     Once the students' schedules are created for a semester, it is not easy to change them. When a student requests a schedule change, alternate options and solutions are always considered. To change a student's schedule, the administration must take into account that student's credits, the availability of classes that would fit that student's schedule, the number of students that are already in those available classes, and in some instances, based on the schedule change request, the identity of the students in the class. For example, if a student requests a schedule change because he is being bullied, it would not be prudent to change his schedule to place him in a class with the "bully's" best friend. The meetings held to discuss the t-shirt and the proposed schedule

SPINELLI, DONALD &
NOTT

DECLARATION OF DAN BEUKELMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

1  change, as well as the actual administrative undertaking to enact the schedule change, required the

2  expenditure of significant school resources and caused a disruption to my, the other administrators,'

3  and our staff's schedules.

4         8.    I have reviewed the sign-in sheets for the Sierra High School Gay-Straight Alliance

5  club and T.V. has never signed in as having attended a meeting. Further, Sierra High School

6  English teacher and Gay-Straight Alliance Club staff advisor Janet Sanders informed me that T.V.

7  does not attend club meetings.

8         9.    In August, I looked at T.V.'s public Twitter profile. I saw that she had sent Tweets

9  regarding the t-shirt and her not being allowed to wear the shirt. I saved and emailed those Tweets

10  and her followers' responses to myself. Attached hereto as Exhibit A is a true and correct copy of

11  the print-outs of Tweets from T.V.'s account I found.

12        10.    Attached hereto as Exhibit B is a true and correct copy of my Responses to Special

13  Interrogatories, Sets One and Two, prepared in response to Plaintiff's propounded discovery

14        I declare under penalty of perjury under the laws of the State of California that the foregoing

15  is true and correct.

16        Executed this 26th day of January, 2016 at Manteca, California.

17

18                          /s/ Dan Beukelman
                        DAN BEUKELMAN

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAN BEUKELMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

EXHIBIT A

 **Taylor**
@tellmeyourfeels

 Follow

# When your case makes the news  



RETWEETS   FAVORITES
**23**         **31**



BEUK 00077

**Dan Beukelman**

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 7:55 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |

 **Taylor**
@tellmeyourfeels

| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
|---|---|---|---|
| 161 | 101 | 88 | 346 |

1.6K          1.7K

 Taylor Retweeted

**Jordan Renfro** @JoRenfroFosho · Aug 14
So a guy can wear a shirt like "nice story bab
sandwich"
But a girl cant wear a shirt that says shes a le
Fuck u MUSD

| RETWEET | FAVORITES |
|---|---|
| 1 | 4 |

 

10:31 PM - 14 Aug 2015 · Details

 chorizo @Elias_yousif20 · Aug 15
@jedi_jofro @tellmeyourfeels you'reretarded..if he v
wearing that shirt it would have been dealt with iden

 **Jordan Renfro** @JoRenfroFosho · Aug 15
@Elias_yousif20 @tellmeyourfeels interesting, beca
school pictures in those shirts. Where's your proof?

 **Jordan Renfro** @JoRenfroFosho · Aug 15
@Elias_yousif20 @tellmeyourfeels also the opinion
doesn't really effect me. So carry on now small chilc

 chorizo · Elias_yousif20 · Aug 15
@jedi_jofro @tellmeyourfeels well now you need to

1

BEUK 00078

**Dan Beukelman**

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 7:56 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |

 **chorizo** @Elias_yousif20 · Aug 15
@jedi_jofro @tellmeyourfeels well now you need to present your evidence
following your claim...see thats how adults would handle it

1

 **Jordan Renfro** @JoRenfroFosho · Aug 15
@Elias_yousif20 @tellmeyourfeels cool:)

Taylor Retweeted

 **GI'ka** @vincentybuxa · Aug 12
SIERRA HIGH SCHOOL IS NOT A SAFE PLACE FOR LGBT+
TEENAGERS

1          2

Taylor Retweeted

 **Mal Manetti** @spagettimanetti · Aug 13
She should take her shirt and put it up on the flag pole in the quad

4          5

Taylor Retweeted

 **e** @evelyndagee · Aug 13
#justicefortaylor lmk if you trynna start a protest girl, im all in
@tellmeyourfeels 💕

1          2

https://twitter.com/tellmeyourfeels

1

**Dan Beukelman**

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 7:57 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |

 **Taylor** @tellmeyourfeels · Aug 13
## My shirt that was "promoting sex"



11          18

 Taylor Retweeted
**spooky dad** @marissajo_ · Aug 13
-c 

**Taylor** @tellmeyourfeels
I don't want anything to happen to the teacher. I just want to wear my damn shirt and feel comfortable doing so like I did before.

2          1

 Taylor Retweeted
**Naggy Nancy** @love_nancyboo · Aug 13
No doubt in my mind Hammar is still one of the best teachers ever.

5          7

https://twitter.com/tellmeyourfeels

1

BEUK 00080

## Dan Beukelman

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 7:58 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |



**Naggy Nancy** @love_nancyboo · Aug 13
No doubt in my mind Hammar is still one of the best teachers ever.

5          7



**Taylor** @tellmeyourfeels · Aug 13
I don't want anything to happen to the teacher. I just want to wear my damn shirt and feel comfortable doing so like I did before.

 3          6

Taylor Retweeted


•**Sam**• @sam0vesbands_ · Aug 13
SHS:Join gay straight alliance! But don't let people know your gay because that's against the rules & makes people uncomfortable!!

13         7

Taylor Retweeted

**Maria** @maria24always · Aug 13





#Reasonswhyihatesierra high everyone deserves equality.

 1          2

Taylor Retweeted


**devin** @devinonyomama · Aug 13
How are they gonna have gay straight alliance posters everywhere but get mad at a girl for wearing a shirt supporting it???¿

1

**Dan Beukelman**

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 8:04 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |

 Taylor Retweeted

**spooky shabbz** @nottoooshabbyy · Aug 13
If you work at a school but you're uncomfortable with students being a part of the LGBT+ community, you shouldn't be working there.

10                    16

 Taylor Retweeted

**Mal Manetti** @spagettimanetti · Aug 13
Interesting



23            34

 Taylor Retweeted

**kelly** @kellybacon · Aug 13
I don't care how small you think this issue is (yes, it's an issue!) any school that thinks they can OPPRESS a STUDENT is a big problem

1                    2

https://twitter.com/tellmeyourfeels

1

## Dan Beukelman

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 8:05 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |

 **kelly** @kellybacon · Aug 13
@marissajo_ yeah and I'm def not dragging them but if they can do it so can taylor and anyone else who wants to express themselves!!!!!

       2          2              View conversation

Taylor Retweeted
 **spooky dad** @marissajo_ · Aug 13
if someone's way of life doesn't directly affect u than u shouldn't directly affect theirs by making them feel like they can't be themselves

       6          4

Taylor Retweeted
 **#Vote4TiaAndKaylee** @Dilpreetk22  Aug 13
Honestly whatever happened to Taylor is unjust. It was a wrongfully dealt with situation that didn't need to be dealt with anyways

       2          8

Taylor Retweeted
 **gaby** @gabrihellacool · Aug 13
SHS should be praising this girl for being comfortable w/her sexuality not shaming her by dress coding her for her shirt so disgusting :(

       6          12

Taylor Retweeted
 **#Vote4TiaAndKaylee** @Dilpreetk22  Aug 13
#JusticeForTaylor

       3          4

Taylor Retweeted
 **#Vote4TiaAndKaylee** @Dilpreetk22  Aug 13

1

BEUK 00083

**Dan Beukelman**

| | |
|---|---|
| **From:** | Dan Beukelman |
| **Sent:** | Monday, October 26, 2015 8:06 AM |
| **To:** | Dan Beukelman |
| **Subject:** | Sent from Snipping Tool |

 Taylor Retweeted

 **#Vote4TiaAndKaylee** ⌁Dripreetk22 · Aug 13
Lol except it wasn't school rules its discrimination that specifically
violates a the school rules

　　　　　　　2　　　　　3

 Taylor Retweeted

**kelly** ⌁kellybacon · Aug 13
#justiceforTaylor

　　　　　　　2

 **Taylor** ⌁tellmeyourfeels · Aug 13
If anyone honestly has any questions about what happened to me and
my shirt, ask me don't be a dick and post it on Twitter.

　　　　　　　　1

 **Taylor** ⌁tellmeyourfeels · 14 Sep 2014
I was forced to make this damn thing.

　　　　1　　　　　1


https://twitter.com/tellmeyourfeels


1

EXHIBIT B

1 | **SPINELLI, DONALD & NOTT**
A Professional Corporation
2 | Domenic D. Spinelli, SBN 131192
Alison W. Winter, SBN 251084
3 | 815 S Street, Second Floor
Sacramento, CA 95811
4 | Telephone: (916) 448-7888
Facsimile: (916) 448-6888
5 | Email: DomenicS@SDNLaw.com

6 | Attorneys for Defendants,
**DAN BEUKELMAN, Assistant Principal**
7 | **of Sierra High School, and GREG LELAND,**
**Vice Principal of Sierra High School**

8

9 | **UNITED STATES DISTRICT COURT**

10 | **EASTERN DISTRICT OF CALIFORNIA**

11

12 | T.V., through next friend and mother | Case No. 2:15-CV-02163-JAM-CKD
HEATHER VICTOR,

13 | | **DEFENDANT DAN BEUKELMAN'S**
Plaintiffs, | **RESPONSES TO PLAINTIFF'S SPECIAL**
14 | | **INTERROGATORIES, SET ONE**
vs.
15 | | Complaint Filed: October 15, 2015
DAN BEUKELMAN, Assistant Principal of | Trial Date: February 6, 2017
16 | Sierra High School; GREG LELAND, VICE
PRINCIPAL OF SIERRA HIGH SCHOOL,
17 |
Defendants.

18 | **PROPOUNDING PARTY:**          **Plaintiff T.V.**

19 | **RESPONDING PARTY:**          **Defendant Dan Beukelman**

20

21 | **SET NUMBER:**          **One (1)**

22 | Defendant DAN BEUKELMAN (hereinafter "DEFENDANT") through undersigned

23 | counsel, responds and objects to Plaintiff T.V.'s Special Interrogatories, as follows.

24 | The following responses to Interrogatories are answered in the manner and form required by

25 | the Federal Rules of Civil Procedure Rule 26 and 33.

26 | ///

27 | ///

28 | ///

SPINELLI, DONALD
& NOTT

## SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

State all facts that support YOUR contention that PLAINTIFF'S EXPRESSION is disruptive.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

Objection. Overbroad as to time. This interrogatory seeks to invade the attorney-client privilege and attorney work product doctrine. Subject to, and without waiving said objections, or any objections, Defendant responds as follows: On August 11, 2015, Mr. Leland brought T.V. to my office after she became argumentative with him about her t-shirt, which stated "Nobody knows I'm a lesbian." I told her that the t-shirt was not appropriate for school. We discussed what the shirt could "imply" sexually. I told T.V. that the dress code would be, and has been, similarly enforced against students who wore t-shirts indicating that they were heterosexual. This was the first of significant subsequent discussions regarding this t-shirt.

On August 13, I met with Mr. Leland, Mr. Hammarstrom, T.V., and her father to discuss a change of schedule so that T.V. would no longer be in one of Mr. Hammarstrom's classes. During that meeting, T.V. told us that she felt uncomfortable because other students had discussed religion and homosexuality in front of her. This was never brought to my attention before this point. T.V. essentially asked the administration to censor "Emily" while allowing T.V. to speak freely; she feels uncomfortable with other students expressing their freedom to speak, while taking no responsibility for her own speech potentially causing discomfort. Addressing T.V.'s concerns about her ability to exercise her own freedom of speech, along with her concerns or offense at others similarly expressing their speech, took considerable time away from the administrators' ordinary duties. In addition, it forced the administrators to elevate one students' freedom over another's.

Also during the August 13 meeting, both T.V. and her father indicated how much they liked Mr. Hammarstrom; T.V. stated he was her favorite teacher. She said that she would not wear her t-shirt anymore because she respected Mr. Hammarstrom and did not want to upset him. She agreed to stay enrolled in both of Mr. Hammarstrom's classes at that point. Toward the end of the meeting, Mr. Victor addressed the room, including T.V., and commented that he wished everyone could

DEFENDANT'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

SPINELLI, DONALD
& NOTT

1  forget the t-shirt, leave all personal beliefs at home, and come to school to learn. This number of

2  meetings, which does not include the meetings T.V. had with Mr. Hammarstrom and Mr. Leland

3  without me, is not typical and required that the administration and faculty to take substantial time

4  out from their ordinary duties, causing a distraction and disruption at the school site.

5       On August 24, 2015, I asked Mr. Leland to contact T.V. regarding an incident in Mr.

6  Hammarstrom's class where a student, "Emily," had made comments about religion; this was the

7  same student who had made comments about religion and sexuality earlier in the month. Prior to

8  T.V. wearing her T-shirt, she had never spoken to T.V. about religion or sexuality, a conversation

9  which T.V. apparently found offensive. Again, T.V. sought the ability to speak freely as to LGBT

10 issues, but not allowing her fellow students the same freedom. At this time, T.V. was removed from

11 her second period class, per her request and with her approval.

12      When a student requests a schedule change, alternate options and solutions are always

13 considered. To change a student's schedule, the administration must take into account that student's

14 credits, the availability of classes that would fit that student's schedule, the number of students that

15 are already in those available classes, and in some instances, based on the schedule change request,

16 the identity of the students in the class. For example, if a student requests a schedule change

17 because he is being bullied, it would not be prudent to change his schedule to place him in a class

18 with the "bully's" best friend. Once the students' schedules are created for a semester, it is not easy

19 to change them. T.V.'s t-shirt caused additional disruption because it was the impetus for her

20 schedule change; considerable time and school resources were spent enacting the change.

21 **SPECIAL INTERROGATORY NO. 2:**

22      State all facts that support YOUR contention that PLAINTIFF'S EXPRESSION violates the

23 dress code that applies to students at Manteca High School.

24 **RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

25      Objection. Overbroad as to time. This interrogatory seeks to invade the attorney-client

26 privilege and attorney work product doctrine. Subject to, and without waiving said objections, or

27 any objections, Defendant responds as follows: Plaintiff did not attend Manteca High School and

28

1    Defendant does not work at Manteca High School. Defendant is not aware of the dress code that

2    applies to students at Manteca High School.

3

4    DATED: January 22, 2016                          **SPINELLI, DONALD & NOTT**

5

6                                                     By:_____

7                                                     DOMENIC D. SPINELLI
                                                      ALISON W. WINTER
8                                                     Attorneys for Defendants,
                                                      **DAN BEUKELMAN and GREG LELAND**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

Case: *T.V. v. Beukelman*
Eastern District of California Case No.: 2:15-cv-02163-JAM-CKD

## VERIFICATION

The undersigned hereby asserts as follows:

I am a party to the above-entitled proceeding. The matters contained in the foregoing **DEFENDANT DAN BEUKELMAN'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE,** are true of my own knowledge, except as to the matters therein stated on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ~~January 21~~ , 2016, at ~~Manteca~~ , California.

DAN BEUKELMAN
Assistant Vice Principal of Sierra High School

NELLI, DONALD &
NOTT

**PROOF OF SERVICE**

COURT:           United States District Court, Eastern District of California
CASE NO.:       2:15-cv-02163-JAM-CKD
CASE NAME:   *T.V. v. Dan Beukelman and Greg Leland*

     I am a citizen of the United States, employed in the County of Sacramento, State of California.  My business address is 815 S Street, Second Floor, Sacramento, CA 95811.  I am over the age of 18 and not a party to the above-entitled action.

     I am readily familiar with Spinelli, Donald & Nott's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle.  Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business.  (Code Civ. Proc., § 1013a(3) or Fed.R.Civ.P.5(a) and 4.1.)

     On January 22, 2016, I caused the within **DEFENDANT DAN BEUKELMAN'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE**, the original of which was produced on recycled paper, to be served via

☒    MAIL--
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:
**PLEASE SEE ATTACHED SERVICE LIST**

☐    BY ELECTRONIC SERVICE--
I caused such document to be electronically served by filing said document electronically in accordance with rules of electronically filing documents. See Local Rule 5-135(a); Fed. R. Civ. P. 5(b)(2)(D).

☐    FAX AND MAIL--
I personally sent to the addressee's telecopier number indicated below a true copy of the above-described document(s) before 5:00 p.m.  I verified transmission without error by a transmission report issued by the facsimile machine upon which said transmission was made immediately following the transmission.   Thereafter, I placed a true copy in a sealed envelope with the first class postage affixed and mailed as follows:

☐    PERSONAL SERVICE--
By causing delivery by hand to the addressee addressed as follows:

☐    FEDERAL EXPRESS--
By causing delivery by Federal Express of the document(s) listed above to the person(s) at the address(es) set forth below:

1        I declare under penalty of perjury under the laws of the State of California that the foregoing
2    is true and correct.  Executed on January 22, 2016, at Sacramento, California.

Jessica Patton

1

## SERVICE LIST

2
3
4

COURT:            United States District Court, Eastern District of California
CASE NO.:         2:15-cv-02163-JAM-CKD
CASE NAME:        *T.V. v. Dan Beukelman and Greg Leland*

| | |
|---|---|
| American Civil Liberties Union Foundation of Northern California, Inc.<br>Christine P. Sun<br>Linnea L. Nelson<br>Julia Harumi Mass<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-1478<br>Email: csun@aclunc.org<br>        lnelson@aclunc.org<br>        jmass@aclunc.org | Attorneys for Plaintiff<br>*T.V. through her next friend and mother, Heather Victor* |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **SPINELLI, DONALD & NOTT**
A Professional Corporation
2  Domenic D. Spinelli, SBN 131192
Alison W. Winter, SBN 251084
3  815 S Street, Second Floor
Sacramento, CA 95811
4  Telephone: (916) 448-7888
Facsimile: (916) 448-6888
5  Email: DomenicS@SDNLaw.com

6  Attorneys for Defendants,
DAN BEUKELMAN, Assistant Principal
7  of Sierra High School, and GREG LELAND,
Vice Principal of Sierra High School

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  T.V., through next friend and mother HEATHER VICTOR, | Case No. 2:15-CV-02163-JAM-CKD |
| 13 | **DEFENDANT DAN BEUKELMAN'S** |
| Plaintiffs, | **RESPONSE TO PLAINTIFF'S SPECIAL** |
| 14 | **INTERROGATORIES, SET TWO** |
| vs. | |
| 15 | Complaint Filed: October 15, 2015 |
| 16  DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, VICE PRINCIPAL OF SIERRA HIGH SCHOOL, | Trial Date: February 6, 2017 |
| 17 | |
| Defendants. | |

18  **PROPOUNDING PARTY:**      **Plaintiff T.V.**

19  **RESPONDING PARTY:**      **Defendant Dan Beukelman**

20

21  **SET NUMBER:**      **Two (2)**

22      Defendant DAN BEUKELMAN (hereinafter "DEFENDANT") through undersigned

23  counsel, responds and objects to Plaintiff T.V.'s Special Interrogatories, as follows.

24      The following responses to Interrogatories are answered in the manner and form required by

25  the Federal Rules of Civil Procedure Rule 26 and 33.

26  ///

27  ///

28

SPINELLI, DONALD
& NOTT

## SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 3:**

State all facts that support YOUR contention that PLAINTIFF'S EXPRESSION violates the dress code that applies to students at Sierra High School.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Objection. Overbroad as to time. This interrogatory seeks to invade the attorney-client privilege and attorney work product doctrine. Subject to, and without waiving said objections, or any objections, Defendant responds as follows: The "school dress code" at Sierra High School is the Manteca Unified School District dress code. Enforcement of the dress code is critical because the school has an obligation to provide and safe learning environment for all of its students. Part of a high schooler's education is learning to control his or her impulses, hormones and emotions while still expressing his or her developing personality. Each student must learn to respectfully state his or her opinions without excessively offending or censoring their peers. Students do not have the same right to freedom of speech that they would enjoy outside of the school campus. Allowing students to communicate anything they want at any time, may lead to inappropriate, offensive and distracting speech.  To that end, the District's dress code prohibits communications through apparel that are sexually suggestive, degrade religious or ethnic values, or which advocates religious prejudice or discrimination. The dress code states:

> Clothing, accessories, and jewelry shall be free of writing, pictures, symbols or other insignia, which are crude vulgar, profane, obscene, libelous, slanderous, or sexually suggestive. Clothing that degrade[s] any cultural, religious or ethnic values or which advocate racial, ethnic, or religious prejudice or discrimination, or which promote sex, the use of tobacco, drugs, or alcohol or any unlawful acts are prohibited.

In the past six years, there have been approximately 2,530 documented dress code violations at the high school. These have included students wearing items of clothing or other apparel that revealed too much skin, stated "I love boobies" in reference to breast cancer support, referenced drugs, alcohol or violence, or were gang-related. All of these types of violations were by both male and female students. T.V.'s t-shirt stating "Nobody knows I'm a lesbian" has sexual connotations with high school students. Just like a t-shirt stating "I like girls who kiss girls" presents an added

DEFENDANT DAN BEUKELMAN'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

sexual component to the communication, the shirt stating that a student is a lesbian brings the shirt a step closer to a more sexual communication. Another student was documented for wearing a shirt stating "Just Do You," as it was interpreted by school staff as being sexual in nature and relating to self-gratification. T.V.'s t-shirt stating "Nobody knows I'm a lesbian" is not a content-neutral expression of LGBT support, such as the school's Gay-Straight Alliance t-shirt stating "BElieve in YOUrself," which does not specifically reference any sexuality.

Further, the school has an obligation to protect the rights and freedoms of T.V. as well as every other person on campus. Among those rights is the right to be left alone and have a school environment that is free from distraction and disruption. Some students found T.V.'s t-shirt to be offensive and would prefer not to be confronted with T.V.'s shirt while at school. T.V. does not have a greater freedom to wear her t-shirt than other students have to not be confronted by shirts such as hers that they find unpleasant. To the extent that the offense at the shirt is grounded in an individual's religion, T.V.'s t-shirt violates the dress code because it degrades those students' religious values or belief that homosexuality is improper. Importantly, the administration is not stating or implying that LGBT rights are not valid, important and sensitive. However, as neutral administrators, they are simply unable to allow T.V.'s expression regarding LGBT issues to take priority over other students' freedoms and opinions. No individual's freedom of expression or speech – or their freedom to be free from a distracting environment at school – can be elevated over another's. The school has the authority to limit its students' speech when appropriate and here, the administration has determined that expressions of sexuality or sexual orientation are not appropriate for school.

DATED: January 22, 2016                    **SPINELLI, DONALD & NOTT**


                                            By: _____
                                                DOMENIC D. SPINELLI
                                                ALISON W. WINTER
                                                Attorneys for Defendants,
                                                **DAN BEUKELMAN and GREG LELAND**

DEFENDANT DAN BEUKELMAN'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

Case: *T.V. v. Beukelman*
Eastern District of California Case No.: 2:15-cv-02163-JAM-CKD

## VERIFICATION

The undersigned hereby asserts as follows:

I am a party to the above-entitled proceeding. The matters contained in the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET TWO,** are true of my own knowledge, except as to the matters therein stated on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _January 22_, 2016, at _Manteca_, California.

_____
DAN BEUKELMAN
Assistant Vice Principal of Sierra High School

## PROOF OF SERVICE

COURT:    United States District Court, Eastern District of California
CASE NO.:   2:15-cv-02163-JAM-CKD
CASE NAME:  *T.V. v. Dan Beukelman and Greg Leland*

   I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 815 S Street, Second Floor, Sacramento, CA 95811. I am over the age of 18 and not a party to the above-entitled action.

   I am readily familiar with Spinelli, Donald & Nott's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Code Civ. Proc., § 1013a(3) or Fed.R.Civ.P.5(a) and 4.1.)

   On January 22, 2016, I caused the within **DEFENDANT DAN BEUKELMAN'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET TWO**, the original of which was produced on recycled paper, to be served via

☒ MAIL--
  Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:
    **PLEASE SEE ATTACHED SERVICE LIST**

☐ BY ELECTRONIC SERVICE--
  I caused such document to be electronically served by filing said document electronically in accordance with rules of electronically filing documents. See Local Rule 5-135(a); Fed. R. Civ. P. 5(b)(2)(D).

☐ FAX AND MAIL--
  I personally sent to the addressee's telecopier number indicated below a true copy of the above-described document(s) before 5:00 p.m. I verified transmission without error by a transmission report issued by the facsimile machine upon which said transmission was made immediately following the transmission. Thereafter, I placed a true copy in a sealed envelope with the first class postage affixed and mailed as follows:

☐ PERSONAL SERVICE--
  By causing delivery by hand to the addressee addressed as follows:

☐ FEDERAL EXPRESS--
  By causing delivery by Federal Express of the document(s) listed above to the person(s) at the address(es) set forth below:

1         I declare under penalty of perjury under the laws of the State of California that the foregoing

2    is true and correct.  Executed on January 22, 2016, at Sacramento, California.

3

4    _____
                  Jessica Patton

1

## SERVICE LIST

2

COURT:              United States District Court, Eastern District of California
3
CASE NO.:           2:15-cv-02163-JAM-CKD
CASE NAME:          *T.V. v. Dan Beukelman and Greg Leland*
4

| | |
|---|---|
| American Civil Liberties Union Foundation of Northern California, Inc.<br>Christine P. Sun<br>Linnea L. Nelson<br>Julia Harumi Mass<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-1478<br>Email: csun@aclunc.org<br>     lnelson@aclunc.org<br>     jmass@aclunc.org | Attorneys for Plaintiff<br>*T.V. through her next friend and mother, Heather Victor* |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SPINELLI, DONALD
& NOTT

3