**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN 131192
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
Email: DomenicS@SDNLaw.com

Attorneys for Defendants,
**DAN BEUKELMAN, Assistant Principal**
**of Sierra High School, and GREG LELAND,**
**Vice Principal of Sierra High School**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V., through next friend and mother HEATHER VICTOR,<br><br>Plaintiffs,<br><br>vs.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, VICE PRINCIPAL OF SIERRA HIGH SCHOOL,<br><br>Defendants. | Case No. 2:15-CV-02163-JAM-CKD<br><br>**DECLARATION OF STEVE CLARK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 22, 2016<br>Time:         1:30 pm<br>Courtroom:    6<br>Judge:        John A. Mendez |

I, Steve Clark, declare as follows:

1.      I am the Principal of Sierra High School in the Manteca Unified School District. I have been so employed for five years. Before that I was Assistant Principal for 5 years and before that Vice Principal for five years at Sierra High School. I have personal knowledge of the matters contained herein and, if called to do so, could and would testify to the facts set forth below.

2.      Sierra High School has a number of methods through which a student or his or her family can address an issue with school staff. First, a student is welcome to speak to Vice Principal Greg Leland, Vice Principal Anthony Chapman, Assistant Principal Dan Beukelman, or myself. We welcome student comments, concerns or complaints, whether via email, voicemail or in-person.

1    Further, the Superintendent of the Manteca Unified School District has an open-door policy and

2    welcomes comments or concerns from any student or parent.

3           3.      Sierra High School students may also utilize the District's Witness to Incident Form,

4    which may be used to make a complaint or address a concern, whether using his or her name, or

5    anonymously. Attached hereto as Exhibit A is a true and correct copy of the District's Witness to

6    Incident Form, utilized by Sierra High School.

7           4.      A student or parent at Sierra High School may also utilize the Manteca Unified

8    School District's Uniform Complaint Procedure to address any complaint, allegation, or concern.

9    Attached hereto as Exhibit B is a true and correct copy of the Uniform Complaint form.

10          5.      As set forth in the District's Freedom of Speech/Expression Policy, a student can

11   also request a hearing if they believe they have been deprived of their right to freedom of

12   expression. Attached hereto as Exhibit C is a true and correct copy of the District's Board Policy

13   Number 5145.2. The policy allows for the "full and fair opportunity for both sides to present

14   evidence and argument as to the propriety of the application of the regulation in question," rather

15   than just submission of a written document, as with the Uniform Complaint Procedure.

16          6.      Despite these many avenues for T.V. or her parents to utilize regarding the T-shirt

17   issue, they did not do so. T.V. and her parents' communications regarding any issue with her t-shirt

18   did not go beyond the meeting with Mr. Beukelman, Mr. Leland, and Mr. Hammarstrom on August

19   23, 2015. I was not contacted directly by T.V. or her family to further address her t-shirt in any

20   capacity. The school site received no written complaint from. T.V. did not request a hearing under

21   the Freedom of Speech/Expression Policy. We were never informed by the District that a written or

22   verbal complaint was made. Prior to receipt of the lawsuit, we were left with the impression that

23   T.V. was satisfied with the resolution regarding this issue.

24          7.      Mr. Beukelman and Mr. Leland informed me what T.V.'s t-shirt said. I concurred

25   with their decision to ask T.V. to change her shirt. In my opinion, T.V.'s shirt stating "Nobody

26   knows I'm a lesbian" violates Sierra High School's dress code. Similarly, previous to when T.V.

27   wore her shirt, I saw a student on campus wearing a shirt stating "I am a heterosexual" and asked

28   him to change it; he agreed to do so and no discipline was issued. I mentioned this incident to Vice

SPINELLI, DONALD &
NOTT

2

DECLARATION OF STEVE CLARK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

1  Principal Greg Leland. Safety of students is very important part or our job. A safe school

2  environment enhances the learning environment. The dress code is a very important aspect to insure

3  safety of students and staff because items that are prohibited are likely to and have in the past

4  caused disruption of the school environment. The dress code and its enforcement assists in

5  protecting students and staff both physically and emotionally.

6        I declare under penalty of perjury under the laws of the State of California that the foregoing

7  is true and correct.

8        Executed this 26th day of January, 2016 at Manteca, California.

9

10        _____/s/ Steve Clark_____
             STEVE CLARK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVE CLARK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

EXHIBIT A

# MANTECA UNIFIED SCHOOL DISTRICT
## Witness to Incident Form
### Statement of Student # _____

Witness Name _____     Date of Incident _____
Time of Incident _____     Place _____

    (1)     I am a student attending ___SIERRA HIGH___ School. I have personal knowledge of the facts in this statement. If called to testify, I would testify consistent with the information stated herein.

    (2)     I was an eyewitness to the incident. Here is my detailed description of the incident.

## CHECK ONE OF THE FOLLOWING

_____(3)     I DO NOT mind if the student in this incident knows my name and identity; <u>OR</u>

_____(4)     I DO mind if the student involved in this incident knows my name or identity because I am afraid of the student or the student's family because:

_____
_____

I have read the above statement, I understand that I need to tell the truth, I have told the truth, and I declare under penalty of perjury under the laws of the State of California that the foregoing statement is true and correct.

Executed this _____ day of _____ _____ at __Manteca__ California.
                                   (Month)    2016    (City)

Signature: _____

Print Name: _____

Witnessed by: _____

Revised 1/06/14 kj

EXHIBIT B

# Administrative Regulation

No.1312.4 (a)

Manteca Unified
School District

# UNIFORM COMPLAINT PROCEDURES

AREAS OF DESIGNATED RESPONSIBILITY

The Complaint/Compliance Officer maintains overall responsibility for the Uniform Complaint Procedure and resolution processes and may delegate investigations to appropriate Directors or other supervisory personnel.  Uniform Complaints consist of the following:

1.  Allegations of discrimination, harassment, intimidation, and/or bullying;
2.  Allegations that federal or state laws or regulations governing educational programs or activities have been violated;
3.  Allegations that students were required to pay fees, deposits, or other charges for participating in educational programs or activities;
4.  Allegations that MUSD failed to comply with the requirements of the Local Control Accountability Plan (LCAP).

DISTRICT PROCEDURES FOR INVESTIGATING AND RESPONDING TO UNIFORM COMPLAINTS

1.  An investigation shall be initiated by filing a written complaint not later than six months from the date of occurrence or knowledge of occurrence of  1) alleged discrimination, harassment, intimidation, and/or bullying occurred; 2) federal or state laws or regulations governing educational programs or activities were allegedly violated; 3) students were allegedly required to pay fees, deposits, or other charges for participating in educational programs or activities; and/or 4) District allegedly failed to comply with the requirements or the LCAP.  The time may be extended by the Superintendent or designee upon written request by the complainant setting forth the reasons for the extension.

2.  The complaint shall be filed by one who alleges that he or she has personally suffered violation of one of the four components of the UCP.  A complaint may also be filed by a person's duly authorized representative, an interested third party, public agency, or organization.  The complaint shall be filed with the District Complaint/Compliance Officer unless the complainant requests direct intervention by the California Department of Education.

# Administrative Regulation                    No.1312.4 (b)

## Manteca Unified
## School District

3. With regard to allegations involving a particular school site, the Complaint/Compliance Officer may encourage the complainant to meet directly with the site administrator for the purpose of attempting to resolve the complaint at the site level to the satisfaction of both the complainant and the District.

4. If the complaint cannot be resolved at the site level, or if the complaint involves a District-wide educational program or activity, the appropriate Director will conduct an investigation. The investigation shall provide an opportunity for the complainant, or complainant's representative, or both, and District representatives to present information relevant to the complaint. The investigation may include an opportunity for the parties to the dispute to meet to discuss the complaint or to question each other or each other's witnesses.

5. With the consent of the complainant, the Superintendent or designee may name a neutral mediator to resolve the complaint. Such a mediator shall not be an employee of the District, the Special Education Local Plan Area, or the County Office of Education.

6. The Complaint/Compliance Officer or designee will prepare a written decision within sixty (60) calendar days of receipt of the complaint. The report shall be written in English and in the primary language of the complainant.

7. The District's written decision shall contain the findings and disposition of the complaint, including corrective actions if any are warranted, the rationale for such disposition, notice of the complainant's right to appeal the District's decision to the California Department of Education, and the procedures to be followed for initiating such an appeal within 15 days of the receipt of the findings.

8. Upon notification by the California Department of Education that the District's decision has been appealed to the state level, the District shall forward the following items to the Superintendent of Public Instruction:

   a. The original complaint;
   b. A copy of the District's decision;
   c. A summary or the nature and extent of the investigation conducted by the District;
   d. A report of any action taken to resolve the complaint;
   e. A copy of the District's complaint procedures; and
   f. Such other relevant information as requested by the California Department of Education.

9. Individuals alleging they have been the victims of sexual harassment should follow the complaint procedures outlined in Board Policy/Administrative Regulation 4030 if they are adults or Board Policy/Administrative Regulation 5145.8 if they are MUSD students.

# Administrative Regulation
No.1312.4 (c)

Manteca Unified
School District

Dated Adopted:   June 30, 1998
Date Revised:    April 28, 2009
Date Revised:    August 23, 2011
Date Revised:    November 5, 2013
Date Revised:    August 19, 2014
Date Revised:    August 31, 2015

# POLICY

No. 1312.4(a)

Manteca Unified
School District

# UNIFORM COMPLAINT PROCEDURES

This document contains rules and instructions about the filing, investigation, and resolution of a Uniform Complaint Procedures (UCP) complaint regarding an alleged violation of federal or state laws or regulations regarding:

1. Allegations of discrimination, harassment, intimidation, and/or bullying;
2. Allegations that federal or state laws or regulations governing educational programs or activities have been violated;
3. Allegations that students were required to pay fees, deposits, or other charges for participating in educational programs or activities;
4. Allegations that MUSD failed to comply with the requirements of the Local Control Accountability Plan (LCAP).

Definitions

A complaint is a written and signed statement by a complainant alleging unlawful discrimination, harassment, intimidation, bullying; violation of federal or state laws or regulations governing educational programs or activities; charging pupil fees for participation in an educational program or activity; and/or failure to comply with the requirements of the Local Control Accountability Plan (LCAP).

A complainant is any individual, including a person's duly authorized representative or an interested third party, public agency, or organization who files a complaint alleging violation of this policy.  If the complainant is unable to put the complaint in writing, due to a disability or illiteracy, MUSD shall assist the complainant in the filing of the complaint.

# POLICY                                              No. 1312.4(b)

Manteca Unified
School District

---

Components of the Uniform Complaint Policy

**1.** Protected Groups

This document applies to the filing of complaints which allege unlawful discrimination, harassment, intimidation, and bullying against any protected group as identified under Education Code section 200 and 220, and Government Code section 11135, including those with actual or perceived characteristics such as:

- Age;
- Ancestry;
- Color;
- Ethnic group identification;
- Gender expression;
- Gender identity;
- Gender;
- Disability;
- Nationality;
- National origin;
- Race or ethnicity;
- Religion;
- Sex;
- Sexual orientation;
- Or on the basis of a person's association with a person or group with one or more of these actual or perceived characteristics.

Individuals alleging they have been the victims of sexual harassment should follow the complaint procedures outlined in Board Policy/Administrative Regulation 4030 if they are adults or Board Policy/Administrative Regulation 5145.8 if they are MUSD students.

**2.** Programs or Activities That Receive State or Federal Funding

The following programs receive state or federal funding.  These programs must be free from discrimination, harassment, intimidation, bullying, and retaliation.  They must also comply with federal and state laws and regulations.

- Adult Education

# POLICY                                          No. 1312.4(c)

Manteca Unified
School District

- Consolidated Categorical Aid Programs (Professional Development Program, State Compensatory Education, Limited English Proficient [EL], School Improvement Program [SIP], and tenth grade counseling), school library programs, Economic Impact Aid Programs, School-based Coordinated Categorical Programs
- Consolidated Categorical Programs (Title I, Title II, Title III, Title IV, Title V)
- Peer Assistance and Review (PAR)
- Career Technical and Technical Education and Training Programs
- Child Care and Developmental Programs
- Child Nutrition Programs
- Special Education Programs
- Indian Education

3. Pupil Fees

A pupil fee is a fee, deposit, or other charge imposed on pupils, or a pupil's parents or guardians, in violation of state codes and constitutional provisions which require educational activities to be provided free of charge to all pupils without regard to their families' ability or willingness to pay fees or request special waivers.

Educational activities are those offered by a school, school district, charter school, or county office of education that constitute a fundamental part of education, including, but not limited to, curricular and extracurricular activities.

A pupil fee includes, but is not limited to, all of the following:

- A fee charged to a pupil as a condition for registering for school or classes, or as a condition for participation in a class or an extracurricular activity, regardless of whether the class or activity is elective or compulsory, or is for credit;
- A security deposit, or other payment, that a pupil is required to make to obtain a lock, locker, book, class apparatus, musical instrument, clothes, or other materials or equipment;
- A purchase that a pupil is required to make to obtain materials, supplies, equipment, or clothes associated with an educational activity.

4. Local Control Accountability Plan (LCAP)

The Governing Board shall adopt a district-wide Local Control Accountability Plan (LCAP) in accordance with Board Policy/Administrative Regulation 0460 Local Control and Accountability Plan. It must be adopted or updated annually according to Ed Code 52062 guidelines. The LCAP shall include a description of goals and projected expenditures as specified in Ed Code 52060 and Board Policy/Administrative Regulation 0460. The LCAP shall be posted on the District's website.

# POLICY

**No.** 1312.4(d)

Manteca Unified
School District

---

Manteca Unified School District has the primary responsibility to insure compliance with applicable state and federal laws and regulations. Uniform complaint procedures should be used to address all complaints alleging: 1) discrimination, harassment, intimidation, and bullying; 2) failure to comply with applicable state and federal laws and regulations pertaining to educational programs or activities; 3) charging of pupil fees for participation in educational programs or activities; or 4) failure to adhere to the requirements of the LCAP.

Our UCP policy shall ensure that complainants are protected from retaliation and that the identity of a complainant alleging discrimination, harassment, intimidation, and/or bullying remain confidential as appropriate.

In regards to complaints of noncompliance with laws relating to pupil fees, if MUSD finds merit in a complaint, a remedy will be provided to all affected pupils, parents and guardians, that, where applicable, will include reasonable efforts by MUSD to ensure full reimbursement to all affected pupils, parents and guardians. If MUSD finds merit in a complaint regarding failure to adhere to the requirements of the LCAP, the District shall provide a remedy to all affected pupils, parents, and guardians.

The District will annually disseminate the UCP complaint procedures to students, employees, parents/guardians, District/school advisory committees, appropriate private school officials or representatives and other interested parties.

Filing of Complaints:

Complaints alleging unlawful discrimination, harassment, intimidation, and/or bullying shall be filed no later than six months from the date the alleged discrimination, harassment, intimidation, and/or bullying occurred or six months from the date the complainant first obtained knowledge of the facts of the alleged discrimination, harassment, intimidation, and/or bullying.

Any individual, public agency, or organization may file a written complaint with the District Superintendent or designee alleging a matter which, if true, would constitute a violation by MUSD of federal or state law or regulation governing a program or activity.

A complaint of noncompliance with laws relating to pupil fees may be filed with the principal of a school under the Uniform Complaint Procedures and may be filed anonymously if the complaint provides evidence or information leading to evidence to support an allegation of noncompliance with laws relating to pupil fees.

# POLICY

**No.** 1312.4(e)

Manteca Unified
School District

---

A complaint that MUSD failed to adhere to the requirements of the LCAP may be filed anonymously if the complaint provides evidence or information leading to evidence to support an allegation of noncompliance. A complaint may be filed with the District Superintendent or designee.

The Complaint/Compliance Officer will assure the annual dissemination of complaint procedures to students, employees, parents/guardians, District and school site advisory committees, appropriate private school officials or representatives, and other interested parties.

He/she will also ensure that the person(s) responsible for compliance and/or investigations are knowledgeable about the laws/programs they are assigned to investigate.

Informal Complaint Procedure:

The Board encourages the early, informal resolution of complaints at the site level whenever possible. The site level administrator shall advise the complainant of the right to file a written complaint.

The Board recognizes that a neutral mediator can often suggest an early compromise that is agreeable to all parties in a dispute. In accordance with uniform complaint procedures, whenever all parties to a complaint agree to try resolving their problem through mediation, the Superintendent or designee shall initiate a mediation process before beginning a formal investigation. In this process, the complainant and representatives of the District will be given the opportunity to present evidence.

Refusal by the complainant to provide the investigator with documents or other evidence related to the allegations in the complaint, or to otherwise fail or refuse to cooperate in the investigation or engage in any other obstruction of the investigation, may result in the dismissal of the complaint because of the lack of evidence to support the allegation. The Superintendent or designee shall ensure that mediation results are consistent with state and federal laws and regulations, and do not extend the timeline for investigation unless the complainant agrees, in writing, to the extension.

Formal Complaint Procedures:

A complainant may submit a written complaint to the Complaint/Compliance Officer. The complaint must specify the law or policy which is alleged to have been violated. The Complaint/Compliance Officer will ensure that the person(s) responsible for compliance and/or investigations are knowledgeable about the laws/programs that they have been assigned to investigate. The Complaint/Compliance Officer will acknowledge receipt of the complaint and refer it to the appropriate office for investigation. The appropriate office will review the complaint to determine if it falls under the Uniform Complaint Procedure. The complainant and District representatives will be given the opportunity to present evidence during the investigation.

# POLICY                                              **No.** 1312.4(f)

Manteca Unified
School District

---

A refusal by MUSD to provide the investigator with access to records and/or other information related to the allegation in the complaint, or to otherwise fail or refuse to cooperate in the investigation or engage in any other obstruction of the investigation, may result in a finding based on evidence collected that a violation has occurred and may result in the imposition of a remedy in favor of the complainant.

Within sixty (60) calendar days of the receipt of the written complaint, the District's designated person shall submit a written decision to the complainant. This timeline may be extended with the written approval of the complainant. The report shall contain the following required components:

1. It shall be written in English and in the primary language of the complainant as required by Education Code Section 48985.

2. Findings of fact based upon evidence gathered, conclusion of law, and disposition of the complaint.

3. Corrective actions (if any are warranted).

4. Rationale for disposition.

5. Notice of complainant's right of appeal to the California Department of Education within fifteen (15) days of the receipt of the District's decision.

6. Procedures to be followed for initiating an appeal to the CDE.

7. For discrimination, harassment, intimidation, and/or bullying complaints: Notice of the right to seek civil law remedies no sooner than sixty (60) days after filing an appeal with the California Department of Education.

<u>Civil Law Remedies:</u>

Complainants shall be advised that they have the right to pursue civil law remedies under state and federal discrimination laws regarding any program issues at any time if they are dissatisfied with the District's decision.

The Board acknowledges and respects pupil and employee rights to privacy. Discrimination, harassment, intimidation, and/or bullying complaints shall be investigated in a manner that protects the confidentiality of the parties and the integrity of the process. This may include keeping the identity of the complainant confidential except to the extent necessary to carry out the investigation or proceedings, as determined by the Superintendent or designee on a case-by-case basis.

# POLICY

**No.** 1312.4(g)

Manteca Unified
School District

---

The Board prohibits retaliation in any form for the filing of a complaint, the reporting of instances of discrimination, or participation in complaint procedures. Such participation shall not in any way affect the status, grades, or work assignments of the complainant or persons involved in the complaint investigation/resolution process.

EDUCATION CODE

| | |
|---|---|
| 200-262.3 | Prohibition of discrimination |
| 8200-8498 | Child care and development programs |
| 8500-8538 | Adult basic education |
| 18100-18172 | School libraries |
| 32289 | School safety plan, uniform complaint procedure |
| 35186 | Alternative uniform complaint procedure |
| 48985 | Notices in language other than English |
| 49060-49079 | Student records |
| 49490-49590 | Child nutrition programs |
| 52060-52077 | Local control and accountability plan |
| 52160-52178 | Bilingual education programs |
| 52300-52499.6 | Vocational education |
| 52500-52616.24 | Adult schools |
| 52800-52870 | School-based coordinated categorical programs |
| 54000-54041 | Economic impact aid programs |
| 54400-54425 | Compensatory education programs |
| 54440-54445 | Migrant education |
| 54460-54529 | Compensatory education programs |
| 56000-56885 | Special education programs |
| 59000-59300 | Special schools and centers |
| 62000-62005.5 | Evaluation and sunsetting of programs |
| 64000-64001 | Consolidated application process |

CODE OF REGULATIONS, TITLE 5

| | |
|---|---|
| 3080 | Application of section |
| 4600-4671 | Uniform complaint procedures |
| 4900-4965 | Non-discrimination in elementary and secondary education programs |

PENAL CODE

| | |
|---|---|
| 422.6 | Interference with constitutional right or privilege |

# POLICY

**No.** 1312.4(h)

Manteca Unified
School District

---

UNITED STATES CODE, TITLE 20

| | |
|---|---|
| 6301-6577 | Title I Basic Programs |
| 6601-6777 | Title II Preparing and Recruiting High Quality Teachers and Principals |
| 6801-6871 | Title III, Language instruction for limited English proficient and immigrant students |
| 7101-7184 | Safe and Drug-Free Schools and Communities Act |
| 7114 | Local educational program, safety plans |
| 7201-7283g | Title V Promoting Informed Parental Choice and Innovative Program |

| | |
|---|---|
| Date Adopted: | June 30, 1998 |
| Date Revised: | April 28, 2009 |
| Date Revised: | August 23, 2011 |
| Date Revised: | November 5, 2013 |
| Date Revised: | August 19, 2014 |
| Date Revised: | August 31, 2015 |

# Exhibit

No.1312.4

Manteca Unified
School District

## **Manteca Unified School District Uniform Complaint**

Complaint submitted by_____

Address_____ City_____ Zip_____ Phone_____

Check appropriate:    ___Parent    ___Student    ___Employee    ___Community Member

_____Complaint related to school program
      Name of School_____
      Name of Program_____(see list below)
      Have you discussed the complaint with the program manager?_____

_____Complaint related to District program
      Name of Program_____(see list below)
      Have you discussed the complaint with the program manager?_____

### Nature of Complaint (please include and attach on separate page and submit to the Complaint Compliance Officer

Please attach a description of the complaint including:
1. The specific nature of your complaint, including the law or policy which is alleged to have been violated.
2. The name(s) of the program(s).
3. The name(s) of people involved in the complaint.
4. The results of any previous meetings or discussions with site/District personnel.

### Confidentiality/Retaliation/Civil Law Remedies/Appeal

The Board of Education acknowledges and respects individual rights to privacy.  Complaints will be investigated in a manner that protects the confidentiality of the parties to the extent necessary to carryout the investigation.   The Board prohibits retaliation in any form for the filing of a complaint or participation in complaint procedures.   Complaints may pursue civil law remedies regarding any program issues at any time if they are dissatisfied with the District's decision.  This assistance can be provided by local mediation centers, legal assistance centers, or private legal counsel.

### Relevant Programs

| | |
|---|---|
| Adult Education | Indian Education Programs |
| Professional Development Program | School Library Programs |
| State Compensatory Education | Miller-Unruh Basic Reading Programs |
| Limited English Proficient (EL) | Economic Impact Aid Programs |
| School Improvement Program (SIP) | School-based Coordinated Categorical Programs (SBCP) |
| 10th Grade Counseling | Peer Assistance and Review (PAR) |
| Migrant Education | Federal Consolidated Categorical Programs |
| Career/technical Education |    (Title I, Title II, Title III, Title IV, Title V) |
| Child Care/Developmental Programs | |
| Nutrition Services | |
| Special Education Programs | |

# Exhibit

No.1312.4

## Manteca Unified
## School District

Unlawful Discrimination
Actual or Perceived Sex
Sexual Orientation
Ethnic Group Identification
Race
Ancestry
National Origin
Religion
Color
Mental or Physical Disability
Age
Gender

Date Revised:  February 26, 2002
Date Revised:  January 24, 2006
Date Revised:  March 28, 2006
Date Revised:  June 5, 2006
Date Revised:  August 31, 2015

EXHIBIT C

# POLICY
## MANTECA UNIFIED
## SCHOOL DISTRICT

NO.  5145.2 (a)

# FREEDOM OF SPEECH/EXPRESSION

The primary liberties in a student's life have to do with the process of inquiry and learning, of acquiring and imparting knowledge, and of exchanging ideas.  The process requires that students have the right to express opinions, to take stands, and to support causes, publicly or privately.  There should be no interference in the school with these liberties, or with the students' access to or expression of controversial points of view, except as provided below:  (Education Code Section 48907)

1.  Bulletin Board

    School authorities may restrict the use of certain bulletin boards to school announcements.  Ample bulletin board space shall be provided for the use of students an student organizations, including a reasonable area for notices relating to out-of-school activities or matters of general interest to students.   The following general limitations on posting may be applied:

    a.   School authorities shall prohibit material which is determined to be obscene, libelous, or slanderous; or which so incites students as to create a clear and present danger of the commission of unlawful acts on school premises or the violation of lawful school regulations, or the substantial disruption of the orderly operation of the school.

    b.   Identification including address or contact location shall be required on any posted notice of the student or student group issuing same.

    c.   The school shall require that notices or other communications be officially dated before posting and that such material be removed after a prescribed reasonable time to assure full access to the bulletin boards.

2.   Distribution of Printed Material and Circulation of Petitions

    Students shall be free to distribute handbills, leaflets and other printed material and to collect signatures on petitions concerning either school or out-of-school issues, whether such materials are produced within or outside the school.

    The following general limitations on distribution may be applied:

**POLICY**                              **NO. 5145.2 (b)**

MANTECA UNIFIED
SCHOOL DISTRICT

a.     The time of such activity shall be limited to periods before school begins, after dismissal and during lunch-time, if such limitation is necessary to prevent interference with the school program.

b.     The place of such activity shall be reasonably restricted to permit the normal flow of traffic within the school and at exterior doors.

c.     The manner of conducting such activity shall be restricted to prevent undue levels of noise, or to prevent the use of coercion in obtaining signatures on petitions. The danger of littering is not sufficient ground for limiting the right of students to distribute printed materials.

d.     The school shall require that all printed matter and petitions distributed or circulated on school property bear the name and address or contact location of the sponsoring organization or individual.

e.     The school shall prohibit the distribution of material within the restricted categories of paragraph 1a above.

3.     Buttons and Badges

The wearing of buttons, badges, or armbands bearing slogans or sayings shall be permitted as another form of expression, unless the message thereof falls within the restricted categories of paragraph 1a above. No teacher or administrator shall attempt to interfere with this practice on the ground that the message may be unpopular with students or faculty.

In imposing limitations on student expression for any reason under any of the foregoing provisions, the school must ensure that its rules are applied on a non-discriminatory basis and in a manner designed to assure maximum freedom of expression to the students, but which does not endanger health or safety of other students.

Hearings

The school shall particularly avoid any action placing restraints on ideas prior to their expression. Any student or student group deprived of freedom of expression under any of these provisions shall have the right to request a hearing to determine whether such deprivation is justified under these rules. Such a hearing

# POLICY                                            NO.   5145.2 (c)
MANTECA UNIFIED
SCHOOL DISTRICT

must be held as soon as possible after request before an impartial body, including representatives of the faculty and student body.  The hearing shall provide for a full and fair opportunity for both sides to present evidence and argument as to the propriety of the application of the regulation in question.
(cf. 6145.3 – Publications)

Legal Reference:         Education Code
                         48907     Exercise of free expression; rules and
                                   regulations
                         51512     Prohibited use of electronic listening or
                                   recording device; penalties
                         51520     Prohibited solicitations on school premises

Date Adopted:  January 28, 1985