```
 1  SPINELLI, DONALD & NOTT
    A Professional Corporation
 2  Domenic D. Spinelli, SBN 131192
    815 S Street, Second Floor
 3  Sacramento, CA 95811
    Telephone: (916) 448-7888
 4  Facsimile:  (916) 448-6888
    Email: DomenicS@SDNLaw.com
 5
    Attorneys for Defendants,
 6  DAN BEUKELMAN, Assistant Principal
    of Sierra High School, and GREG LELAND,
 7  Vice Principal of Sierra High School
 8
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V., through next friend and mother HEATHER VICTOR,<br><br>Plaintiffs,<br><br>vs.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, VICE PRINCIPAL OF SIERRA HIGH SCHOOL,<br><br>Defendants. | Case No. 2:15-CV-02163-JAM-CKD<br><br>**DECLARATION OF RICK HAMMARSTROM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 22, 2016<br>Time:  1:30 pm<br>Courtroom:  6<br>Judge:  John A. Mendez |

I, Rick Hammarstrom, declare as follows:

1.  I am the Band and Music Teacher at Sierra High School in the Manteca Unified School District. I have been so employed with the District for 26 years. I have personal knowledge of the matters contained herein and, if called to do so, could and would testify to the facts set forth below.

2.  T.V. was one of my students and was in two of the classes I taught during the fall semester at Sierra High School. On August 10, 2015, T.V. wore a shirt to school that stated in large print: "Nobody knows I'm a lesbian." That morning, I spoke to T.V. in her second-period Music Theory class. She was upset because she had a lot of work to complete and inquired into switching

to a Teacher's Assistant. After, since I questioned whether her shirt was appropriate, I took the time to send an email to Vice Principal Greg Leland, during the class period, asking whether this shirt was indeed appropriate for a student to wear. Attached hereto as Exhibit A is a true and correct copy of my email to Mr. Leland. Mr. Leland informed me that, based on past practices, the t-shirt was not appropriate. He asked me to send T.V. to the office. I did not do so right away. Mr. Leland called my classroom and asked whether I had sent T.V. I told him that I did not want her to know I had inquired about her shirt and asked Mr. Leland if he could send a campus monitor to my classroom with a pass for T.V. He agreed and a campus monitor arrived at the end of second period. Since T.V. was still upset from our earlier conversation and her school workload, I allowed her to compose herself before I gave her the pass to go to the office. I did not mention why Mr. Leland wanted to see her and I did not single out T.V. for discipline.

   3. Two days later, T.V. came to my office during my Music Theory and Composition class while students were working on their compositions. She asked me why I had "dress coded" her and whether it was because of my religious beliefs. I assumed this comment was in reference to the fact that I am Mormon. I explained enough about my personal beliefs to put her concerns to rest, including that while I do not believe in homosexual marriage, I also believe it is important to love all people. I reminded T.V. that many of my students and I do not agree on various issues but that I love them all regardless and focus on band and classroom business and tasks. I also told her that the purpose of a dress code is to promote a learning environment with as few distractions as possible, and that I did not believe the shirt was appropriate for school. During that conversation, T.V. told me that she was having some school and family issues, including dealing with her family's Christian and Catholic values as related to her sexuality. T.V. told me that if her shirt bothered me or would cause a classroom distraction, she would leave it out of my classroom. I appreciated her willingness to compromise by not wearing the shirt because I felt it distracted from the environment. On August 12, 2015, I wrote a memorandum regarding my discussions with T.V., a true and correct copy of which is attached hereto as Exhibit B.

   4. The next day, I attended a meeting with Mr. Beukelman, Mr. Leland, T.V., and her father to discuss a change of schedule so that T.V. would no longer have to be in my Music Theory

1  and Composition class. T.V. told us that she felt uncomfortable because another student had
2  discussed homosexuality and religion in that class. After this meeting, Mr. Leland and I spoke with
3  the student T.V. mentioned, "Emily," and told her that a conversation about religion was not
4  appropriate to have in the classroom. T.V. agreed to remain in both of my classes. Prior to T.V.
5  wearing her t-shirt at school, I never heard "Emily" speak to T.V. about religion or homosexuality.

6      5.    On August 24, 2015, an additional discussion regarding religion and homosexuality
7  occurred in the music practice room while I had a substitute teacher. It is my understanding that
8  both "Emily" and T.V. participated in the conversation and that Mr. Leland spoke to T.V. about her
9  concerns about the conversation. Attached hereto as Exhibit C is a true and correct copy of emails
10 between Mr. Leland and me regarding the conversation. This constituted a disruption both in the
11 classroom with the substitute when it occurred, as well as a disruption to my ability to prepare and
12 teach when I had to discuss it with the substitute and the school's administration. Thereafter, T.V.
13 was moved from my Music Theory and Composition class, per her own request. She remained in
14 the Band class she had with me.

15     6.    As a high school teacher, part of my responsibility includes ensuring both that
16 individual students can express their personal opinions while maintaining the safety and ability to
17 learn of all students. That means the individual expressions of students must be appropriate. As part
18 of their high school education, students necessarily learn how to interact with peers while
19 developing their own unique personalities, interests and communication style. If teachers allow
20 these communications and conversations, which include communications through clothing and
21 accessories, to occur unchecked and unsupervised, there could be consequences including verbal
22 and physical altercations and even greater formation of cliques than already exist. These
23 consequences serve as a disruption to the school environment, prevent students from achieving their
24 primary objective of learning, and require that teachers take time away from preparation and
25 ///
26 ///
27 ///
28 ///

teaching to handle the issues. T.V.'s t-shirt, and the subsequent meetings and discussions with her classmates, namely Emily, were a disruption to our ongoing learning environment.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed this 26th day of January, 2016 at Manteca, California.

             /s/ Rick Hammarstrom
             RICK HAMMARSTROM

EXHIBIT A

# Greg Leland

**From:** Rick Hammarstrom <rhammarstrom@musd.net>
**Sent:** Tuesday, August 11, 2015 2:53 PM
**To:** Greg Leland
**Subject:** Re: shirt question

I just noticed that the other 3 girls that hang out with her and are of the same persuasion are all wearing matching lifeguard shirts today. Some sort of solidarity statement?

On Aug 10, 2015, at 12:21 PM, "Greg Leland" <gleland@musd.net> wrote:

I agree, Dad is upset that we made her change the shirt. We just try to be consistent.

Greg Leland
Vice Principal
Sierra High School
1700 Thomas Street
Manteca CA 95337
(209) 858-7410, ext. 57417

**From:** Rick Hammarstrom
**Sent:** Monday, August 10, 2015 12:21 PM
**To:** Greg Leland <gleland@musd.net>
**Subject:** RE: shirt question

Thanks for the update. She was having a really bad day to start, so I waited until she was composed before I moved on that. Probably didn't help that she was already upset.

**From:** Greg Leland
**Sent:** Monday, August 10, 2015 11:59 AM
**To:** Rick Hammarstrom <rhammarstrom@musd.net>
**Subject:** RE: shirt question

She knew when she got here, tried to argue with us, she decided she'd rather go home than follow the school rules.

Greg Leland
Vice Principal
Sierra High School
1700 Thomas Street
Manteca CA 95337
(209) 858-7410, ext. 57417

**From:** Rick Hammarstrom
**Sent:** Monday, August 10, 2015 11:29 AM
**To:** Greg Leland <gleland@musd.net>
**Subject:** RE: shirt question

BEUK 000118

Taylor Victor is on her way. She doesn't know what it is about.

**From:** Greg Leland
**Sent:** Monday, August 10, 2015 9:41 AM
**To:** Rick Hammarstrom <rhammarstrom@musd.net>
**Cc:** Anthony Chapman <achapman@musd.net>; Justin Minteer <jminteer@musd.net>
**Subject:** RE: shirt question

Sorry Rick, I misunderstood, that is no okay, please send the student up!

**Greg Leland**
**Vice Principal**
**Sierra High School**
**1700 Thomas Street**
**Manteca CA 95337**
**(209) 858-7410, ext. 57417**

**From:** Greg Leland
**Sent:** Monday, August 10, 2015 9:39 AM
**To:** Rick Hammarstrom <rhammarstrom@musd.net>
**Cc:** Anthony Chapman <achapman@musd.net>; Justin Minteer <jminteer@musd.net>
**Subject:** RE: shirt question

Sure Rick, as long as Anthony and Justin approve the shirt! ☺

**Greg Leland**
**Vice Principal**
**Sierra High School**
**1700 Thomas Street**
**Manteca CA 95337**
**(209) 858-7410, ext. 57417**

**From:** Rick Hammarstrom
**Sent:** Monday, August 10, 2015 9:19 AM
**To:** Greg Leland <gleland@musd.net>
**Subject:** shirt question

Is a shirt with large print saying
"nobody knows I'm a lesbian" on it appropriate?

BEUK 000119

EXHIBIT B

To: Dan Beukelman

Re: Conversation with Taylor Victor

Date: 12 August, 2015

This morning during the latter part of our Music Theory and Composition class, while the students were working on their compositions, Taylor came to my office to talk to me.

She asked why I had "dress coded" her, wondering if it was because of my beliefs. I told her that I thought the shirt was not within our dress code, and that when a teacher thinks there might be a dress code violation, our policy is that he/she is to refer the student to the office, which is what I did. I also reminded her that I waited quite a while before I did so—she was having a very difficult morning; she was feeling overwhelmed about many things and was even asking if she could change her status in my class to a TA, so that she would have less homework—that her other two classes were very difficult for her, and she had three (I believe that is the right number) family members in the hospital, and that what little time she had available she was trying to use for those very difficult classes; also that she did not have a piano to do the theory homework on. I tried to console her when I saw her crying in the instrument storage room. I told her that I would excuse her from that day's presentation, so not to worry about that, and that she could work on her compositions at lunch, brunch, etc., using the piano in the band room. (note—I looked around and found an application later that day that she could download for free onto her tablet to use for her homework-she told me today that she had been able to download it)

Taylor's asking if my beliefs might have caused me to refer her shirt for a possible dress code violation made me feel that I should explain enough about what I believe to put that concern to rest. She had already told me that her family has strong Catholics and Christians, and that her whole life they have talked about homosexuality being wrong. She said that is why it had been a real struggle for her to feel the way that she does. I explained that I know many people equate my church with Proposition 8, etc. I explained to her that in my beliefs, we love all people; that where we have "drawn a line in the sand" is with homosexual marriage. But I also explained to her that we have active members of our church who feel attracted to members of their same gender, and that we are to love everyone. She said that was similar to how her grandmother feels—that while her grandmother still feels the same way about homosexuality, she still loves Taylor. And I reminded her that many of my students and I do not see eye to eye about some things, but I love them all, and we move forward with our tasks in the band—that it is OK to "agree to disagree" about some things, and then enjoy all of the things people do have in common: in this case, making music together.

I mentioned several times during our conversation that the purpose of the dress code is to promote a learning environment with as few distractions as possible. I have referred many students over the years for possible dress code violations, for all kinds of attire issues. I also mentioned that one of the reasons some schools have their students wear uniforms is to reduce distractions to the learning environment—that our dress code was designed to do that same thing, but just not with uniforms.

Taylor mentioned two or three times that if her shirt from Monday (and other shirts that she has that, while not so obvious, have some sort of related message) bothered me, or that if I didn't think they would be good in my classroom, that she would leave them out of my classroom. I thought that was very big of her; my response was that we try to keep all things that are distracting out of our learning environment. I reminded her how when there have been students who appear to have paired up, I stay on them about the amount of affection they show in the band room—anything more than a quick hug is not allowed. I don't want anyone being uncomfortable in the band. Again, this is to be a learning environment.

I have really enjoyed having Taylor in our program. She is a caring person, and a good musician. She has never given me any trouble. I hope that she can feel comfortable continuing in our program, as she is an asset to us, and I think she knows I care greatly about all of my students.

EXHIBIT C

## Rick Hammarstrom

**From:** Rick Hammarstrom
**Sent:** Monday, August 24, 2015 9:49 AM
**To:** Greg Leland
**Cc:** Rick Hammarstrom
**Subject:** RE: 2nd period on Friday

I just spoke individually with each of the students that apparently were in on that conversation—Emily Felt,
                    (I had a sub Friday). This is what I gather from my questioning them one at a time:
        had questions that she was asking Emily about church. So Emily was answering her.         I said that part of the conversation was about how a lot of people apparently think that he is Mormon.
When I was questioning Emily, I reminded her of our previous discussion and agreement, and she apologized to me—she confirmed what         had said, that        had questions for her. She said that Taylor was near them and seemed OK with the conversation.
              oth said that Taylor was joining in on the conversation.
I specifically asked         ind then      J, if either of them felt that Emily was pushing her beliefs/religion during the conversation. They both said that she was answering the questions they asked her, but not in any way being pushy.
I still reminded each of them that the time was supposed to have been used for working on their compositions, not for outside conversations, and that such discussions are not for our time in this class. They all apologized.
By the way, we have basically one keyboard for each student. None of them needed to be together talking.

---

**From:** Greg Leland
**Sent:** Monday, August 24, 2015 9:05 AM
**To:** Rick Hammarstrom
**Cc:** Dan Beukelman ; Anthony Chapman
**Subject:** 2nd period on Friday

On Friday, Emily       was once again, talking and forcing her religious views on Taylor. This is totally inappropriate and unacceptable on a public school campus.

Please speak with Emily again. One of her comments was, "God forgives all sins," and allegedly she was looking at Taylor when she made that comment.

At this point, Taylor would like to be removed from 2nd period class. On Friday, class turned into a "bible study" atmosphere with everyone talking about religion. This made Taylor very uncomfortable.

Three kids were trying to do their work, while the others were talking about religion. One girl even tried to change the conversation and Emily brought it back to religion.

Greg Leland
Vice Principal
Sierra High School
1700 Thomas Street
Manteca CA 95337
(209) 858-7410, ext. 57417

1