Christine P. Sun (SBN 218701)
Linnea L. Nelson (SBN 278960)
Julia Harumi Mass (SBN 189649)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621 2493
Fax:   (415) 255 1478
Email: csun@aclunc.org
       lnelson@aclunc.org
       jmass@aclunc.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| T.V., through her next friend and mother HEATHER VICTOR,<br><br>Plaintiff,<br><br>v.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, Vice-Principal of Sierra High School,<br><br>Defendants. | Case No.: 2:15-cv-02163-JAM-CDK<br><br>**DECLARATION OF LINNEA NELSON IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 9, 2016<br>Time:         1:30 p.m.<br>Courtroom:    6<br>Judge:        John A. Mendez |

**DECLARATION OF LINNEA NELSON IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF LINNEA NELSON**

I, LINNEA NELSON, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I am an attorney licensed to practice law in the State of California. I am counsel for the Plaintiff in this case and am personally familiar with the filings in this matter. I am submitting this declaration in support of Plaintiff's Reply to Defendants' Opposition to Motion for Preliminary Injunction.

3. On January 27, 2016, I represented the Plaintiff in the Deposition of Defendant Dan Beukelman, Assistant Principal of Sierra High School, at the Manteca Unified School District Offices. Attached hereto is a true and correct copy of the rough transcript by court reporter Marianne R. Boyd, CSR No.: 6685. The witness has not yet had a chance to submit corrections or verify the transcript. Counsel for Plaintiff has requested an expedited copy of the certified transcript and will forward to the Court and Defendant Dan Beukelman as soon as it becomes available.

4. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

5. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

6. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

7. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

8. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

9. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

10. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

11. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

12. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

13. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

14. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

15. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

16. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

17. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

18. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

19. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

20. Attached hereto as Exhibit 17 is a true and correct copy of Defendant Dan Beukelman's Responses to Plaintiff's Special Interrogatories, Set Two.

21. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

22. Attached hereto as Exhibit 19 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

23. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

24. Attached hereto as Exhibit 21 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

25. Attached hereto as Exhibit 22 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

26. Attached hereto as Exhibit 23 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

27. Attached hereto as Exhibit 24 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

28. Attached hereto as Exhibit 25 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

29. Attached hereto as Exhibit 26 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

30. Attached hereto as Exhibit 27 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

31. Attached hereto as Exhibit 28 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

32. Attached hereto as Exhibit 29 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

33. Attached hereto as Exhibit 30 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

34. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt of the transcript of the Deposition of Dan Beukelman taken on January 27, 2016.

35. Attached hereto as Exhibit 32 is a true and correct copy of Defendant Dan Beukelman's Responses to Plaintiff's Special Interrogatories, Set One.

36. Attached hereto as Exhibit 33 is a true and correct copy of Defendant Greg Leland's Responses to Plaintiff's Special Interrogatories, Set One.

37. Attached hereto as Exhibit 34 is a true and correct copy of Defendant Greg Leland's Responses to Plaintiff's Special Interrogatories, Set Two.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of February, 2016.

                                          /s/ Linnea Nelson
                                          LINNEA NELSON