SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli, SBN 131192
Alison W. Winter, SBN 251084
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: domenics@SDNLaw.com
       alisonw@SDNLaw.com

Attorneys for Defendants,
Dan Beukelman and Greg Leland

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
Christine P. Sun (SBN 218701)
Linnea L. Nelson (SBN 278960)
Julia Harumi Mass (SBN 189649)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
Email: csun@aclunc.org
       lnelson@aclunc.org
       jmass@aclunc.org

Attorneys for Plaintiff,
T.V., through her next friend and mother,
Heather Victor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.V., through next friend and mother HEATHER VICTOR,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, VICE PRINCIPAL OF SIERRA HIGH SCHOOL, | NO. 2:15-cv-02163-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

<u>STIPULATION</u>

Pursuant to Civil Local Rules, and Federal Rules of Civil Procedure, Plaintiff, through her

attorneys of record, and Defendants, through their attorneys of record, hereby stipulate to a continuance of the hearing on Plaintiff's Motion for Preliminary Injunction as follows:

1. On November 20, 2015, Plaintiff filed her Motion for Preliminary Injunction and supporting documents. The hearing on the Motion is scheduled for February 9, 2016 at 1:30 p.m. in Courtroom 6.

2. The parties have met and conferred and agree to continue the hearing date to March 8, 2016 at 1:30 p.m. in Courtroom 6.

**IT IS SO STIPULATED.**

Dated:  February 4, 2016              **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.**

By:   /s/ Linnea L. Nelson
      CHRISTINE P. SUN
      LINNEA L. NELSON
      JULIA HARUMI MASS
      Attorneys for Plaintiff,
      **T.V., through her next friend and mother HEATHER VICTOR**

Dated:  February 4, 2016              **SPINELLI, DONALD & NOTT**

By:      /s/ Domenic D. Spinelli
      DOMENIC D. SPINELLI
      ALISON W. WINTER
      Attorneys for Defendants,
      **DAN BEUKELMAN and GREG LELAND**

**ORDER**

Based on the stipulation of the parties, the request to continue the hearing on Plaintiff's Motion for Preliminary Injunction is GRANTED and the hearing date is continued to March 8, 2016 at 1:30 p.m. in Courtroom 6 of this Court.

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION