Christine P. Sun (SBN 218701)
Linnea L. Nelson (SBN 278960)
Julia Harumi Mass (SBN 189649)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621 2493
Fax:    (415) 255 1478
Email: csun@aclunc.org
       lnelson@aclunc.org
       jmass@aclunc.org

Attorneys for Plaintiff

FILED
FEB 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| T.V., through her next friend and mother HEATHER VICTOR,<br><br>Plaintiff,<br><br>v.<br><br>DAN BEUKELMAN, Assistant Principal of Sierra High School; GREG LELAND, Vice-Principal of Sierra High School,<br><br>Defendants. | No. 2:15-cv-02163-JAM-CKD<br><br>**STIPULATED JUDGMENT PURSUANT TO RELEASE AND SETTLEMENT AGREEMENT, AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 58, and the agreement of the parties, the Court hereby enters final judgment in this manner as follows:

WHEREAS, student Plaintiff T.V., by and through her next friend Heather Victor, brought an action against Dan Beukelman and Greg Leland, who are school administrators at Sierra High School in the Manteca Unified School District (collectively, "Defendants") on or about October 15, 2015, alleging claims of unlawful censorship of Plaintiff's freedom of expression in wearing a shirt stating "Nobody

1 knows I'm a lesbian" under the First Amendment of the United States Constitution, the California Constitution, and the California Education Code;

WHEREAS, the Defendants deny any violation of the United States Constitution, the California Constitution, and the California Education Code;

WHEREAS, Plaintiff, Defendants and the Manteca Unified School District ("District") have conferred in good faith and have negotiated the terms of this Stipulated Judgment, and the Release and Settlement Agreement attached herein as Exhibit A, to fully and finally settle the federal and state law claims raised by Plaintiff in her Complaint filed in Case No. 2:15-cv-02163-JAM-CKD;

WHEREAS, the District is not a named defendant in Case No. 2:15-cv-02163-JAM-CKD, but agrees to waive its immunity under the Eleventh Amendment in order to be bound by this Stipulated Judgment, and specifically agrees to be subject to the jurisdiction of this court to address any issues of compliance with the terms of the Release and Settlement Agreement attached herein as Exhibit A; and

WHEREAS, after reviewing the terms of this Stipulated Judgment, the Court finds them to be fair, just, reasonable, and consistent with federal law, and Plaintiff and Defendants agree that entry of this Stipulated Judgment, without further litigation, is in the public interest;

**IT IS HEREBY ORDERED** that

1. By no later than April 30, 2016, the District will modify its administrative regulations and school board policies to include the following language: "A student will not be prohibited from wearing clothing, jewelry or personal items that express self-identification with, or support for, individuals or groups on the basis of the characteristics set forth in California Education Code Section 200, including but not limited to: disability, gender, gender identity, gender expression, nationality, race or ethnicity, religion, or sexual orientation."

2. By no later than Tuesday, February 9 and continuing thereafter, the District shall permit Plaintiff to wear her t-shirt stating "Nobody Knows I'm a Lesbian" to school and during school hours. The District agrees to take reasonable measures to protect Plaintiff from any known harassment or bullying by other students or any District employee in reaction to the t-shirt and from taking retaliatory action against Plaintiff or her mother for bringing this lawsuit or for advocating for her free speech rights. Plaintiff agrees to notify the District through a high school or District administrator of

her choosing, or through the District's Uniform Complaint Procedure, if she experiences harassment, bullying or retaliation described in this paragraph so that they may promptly take reasonable measures to protect Plaintiff from said harassment, bullying or retaliation.

3.  No later than 30 days after approval by the District School Board of the terms of the Release and Settlement Agreement, the District shall retain a qualified third-party consultant to provide professional development training for all high school administrators employed by the District on the issue of student free speech and free expression. In selecting the consultant and developing the training, the District agrees to meaningfully consult with and consider input from Plaintiff's counsel. The District will be responsible for any costs associated with the retention of the consultant. All high school principals employed by the District shall receive professional development training, in which Plaintiff's counsel will attend and serve as a resource, on the issue of student free speech and free expression by March 17, 2016. Thereafter, professional development training on the issue of student free speech and free expression for all high school and alternative high school administrators employed by the District shall occur every other year, beginning with the 2016-2017 school year. The third-party consultant will conduct this professional development training for all high school administrators during the 2016-2017 school year. Beginning in the 2018-2019 school year, a District employee—rather than the third-party consultant—may conduct said professional development training on the issue of student free speech and free expression, using materials and curricula developed by the third-party consultant as a resource.

4.  No later than 7 days after the adoption of the revised policy by the Board, the District shall distribute a notice to all administrators employed by the District and to all students in District schools that the District dress code policy has been revised pursuant to Paragraph 1, above. Additionally, the revised District dress code policy shall be included in all District and school student handbooks beginning in the 2016-2017 school year.

5.  The District will pay Plaintiff $1 for nominal damages within 30 days of the Court's entry of judgment.

6.  The District shall deliver to Plaintiff's counsel payment in the amount of $63,000 for Plaintiff's reasonable attorneys' fees and costs. Payment shall be made to the American Civil

1 Liberties Union of Northern California within 30 days of the Court's entry of judgment. Plaintiff
2 shall make no further demands or claims for attorneys' fees or costs in connection with this matter.
3 7. No bond is necessary in this case because Defendants' compliance with this judgment would
4 not create a risk of monetary loss.
5 8. Nothing in this Order shall be construed as an admission of wrongdoing or liability.
6 9. All claims presented by Plaintiff's Complaint shall be dismissed with prejudice as to all
7 parties, except that the Court shall retain jurisdiction to address any issues of compliance with the
8 terms of the Release and Settlement Agreement.

DATED this 22ND day of February, 2016.

By: _____
Judge John A. Mendez
United States District Judge